IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH LEE GREEN, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 13-0004-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 10-0116-WS-C |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 4, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**