IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH LEE GREEN, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 13-0004-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 10-0116-WS-C |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that his amended request to vacate, set aside or correct his sentence (Doc. 240) is due to be, and hereby is, **DENIED**. Green is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 13th day of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**